

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     In re William Harris

Appellate case number:   01-22-00340-CR

Trial court case number:  876384

Trial court:              232nd District Court of Harris County

The en banc court has voted to deny relator's motion for en banc reconsideration. Accordingly, it is ordered that relator's motion for en banc reconsideration is **denied**.

En banc court consists of Chief Justice Radack and Justices Kelley, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Judge's signature:   _____/s/ Gordon Goodman_____
                        Acting for the En Banc Court


Date:  July 12, 2022_____